# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MARSHA B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:22-cv-00314-GZS |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 5, 2023, the United States Magistrate Judge filed with the Court her Recommended Decision (ECF No. 18). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the Commissioner's decision is hereby **VACATED** and **REMANDED** for proceedings consistent with the Recommended Decision and this Order.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 24th day of October, 2023.